IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:04-cv-00007-W

| | | |
|---|---|---|
| WILLIAM F. MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on its own motion regarding the referral of motions in this matter to Magistrate Judge David Keesler. Pursuant to 28 U.S.C. § 636(b) and Local Rule LR72.1, the Court hereby refers all pending and future motions in this matter, including dispositive motions, to Magistrate Judge David Keesler to make findings of fact, conclusions of law, and to recommend disposition on each motion submitted in this case. The Clerk is directed to send copies of this Order to counsel for Defendant, and to the *pro se* Plaintiff, William F. Manning, 1048-G Ashwood Court, Gastonia, North Carolina 28054.

IT IS SO ORDERED.

Signed: October 11, 2006

Frank D. Whitney
United States District Judge