# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William F. Manning,

    Plaintiff(s),

vs.

John E. Potter,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-7

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2007 Order.

Signed: April 17, 2007

Frank G. Johns, Clerk
United States District Court